USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re: Lehman Brothers Holdings Inc., et al.,

                    Debtors.

Case No. 09-cv-06841 (LTS)

-------------------------------------------------------x

Ka Kin Wong, et al.,

                    Plaintiffs,

  -v-

HSBC USA Inc., et al.,

                    Defendants.

Chapter 11 Case No.
08-13555 (JMP)

(Jointly Administered)

Adversary Proceeding
Case No. 09-01120 (JMP)

-------------------------------------------------------x

## ORDER

        The Court will hear oral argument regarding Plaintiffs' Motion to Withdraw the Reference of the Adversary Proceeding to the Bankruptcy Court in the above-captioned matter on **Wednesday, October 14, 2009, at 2:00 p.m.** in Courtroom 11C, 500 Pearl St., New York, NY 10007. Plaintiffs' and defendants' counsel will each be allotted a total of 15 minutes for argument.

Dated: New York, New York
       October 9, 2009

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge