```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL.,

                           DEBTORS.

-----------------------------------------------------------x

KA KIN WONG, ET AL.,

                           PLAINTIFFS,

        -v-

HSBC USA INC., ET AL.,

                           DEFENDANTS.

-----------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: OCT 14 2009

Case No. 09 Civ. 06841 (LTS)

Chapter 11 Case No.
08-13555 (JMP)

(Jointly Administered)

Adversary Proceeding
Case No. 09-01120 (JMP)

## ORDER

The Clerk of Court is hereby directed to terminate docket entry no. 15 in the above-captioned matter as resolved by docket entry no. 16.

Dated: New York, New York
       October 14, 2009

_____
LAURA TAYLOR SWAIN
United States District Judge